AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Joe Neguse, in his official capacity as a Member of the U.S. House of Representatives, et al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-2463 |
| U.S. Immigration and Customs Enforcement, et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                    .

Date:   07/31/2025

/s/ Paul R.Q. Wolfson
*Attorney's signature*

Paul R.Q. Wolfson (DC Bar No. 414759)
*Printed name and bar number*

P.O. Box 34553
Washington, DC 20043

*Address*

pwolfson@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*