AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Joe Neguse, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| U.S. Immigration and Customs Enforcement, et al. | ) |
| *Defendant* | ) |

Case No.    25-cv-2463

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Oversight                                                                 .

Date:    07/31/2025

/s/ Jessica Jensen
*Attorney's signature*

Jessica Jensen, D.C. Bar No. 1048305
*Printed name and bar number*

American Oversight
1030 15th Street NW, B-255
Washington, DC 20005
*Address*

jessica.jensen@americanoversight.org
*E-mail address*

(202) 869-5246
*Telephone number*

(202) 871-6523
*FAX number*