IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE NEGUSE, in his official capacity as a Member of the U.S. House of Representatives, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT *et al.*,<br><br>*Defendants*. | Case No. 25-cv-2463-JMC |

## DECLARATION OF REPRESENTATIVE JIMMY GOMEZ

I, Jimmy Gomez, declare as follows:

1. I am a Member of the U.S. House of Representatives, representing California's 34th congressional district. I have been a Member of Congress since 2017.

2. I currently serve as Deputy Whip of Policy. From December 2019 to December 2022, I served as the Vice Chair of the House Committee on Oversight and Government Reform.

3. I have personal knowledge of the facts and information in this declaration. I respectfully provide this declaration to explain how the unlawful, new oversight visit policy of the Department of Homeland Security (DHS) and Immigration and Customs Enforcement (ICE) prevents me from performing my oversight duties as a member of Congress and significantly harms my ability to serve my constituents.

**DHS and ICE Oversight Activities**

4. Since being elected to the House of Representatives, I have been engaged in oversight of DHS and ICE.

1

5. In the course of conducting oversight of DHS, I visited the Irwin County Detention Center in Ocilla, Georgia, with the Congressional Hispanic Caucus in September 2020 to meet with women detainees who had received nonconsensual medical treatment while in ICE custody. During that visit, I spoke directly with detainees about their experiences.[1]

6. I have also conducted oversight visits at Customs and Border Protection (CBP) facilities. In December 2018, Representative Nanette Diaz Barragán and I traveled to the U.S.-Mexico border to investigate reports that the first Trump administration was illegally rejecting asylum seekers at official ports of entry. During that visit, I observed CBP deny entry to a group of asylum seekers at the Otay Mesa Port of Entry, claiming their facilities were at capacity. Representative Barragán and I questioned CBP officials about the capacity issues and requested to see the facility. Our request was denied. Based on this visit, and in response to the claims of medical abuse, I wrote to the first Trump administration raising my concerns and demanding action responsive to those concerns.[2]

7. Members of my staff have also aided my oversight duties on the ground on occasion. On June 6, 2025, members of my staff visited the ICE Enforcement and Removal Operations Field Office at the Roybal Federal Building in Los Angeles (the "LA Field Office") following reports that attorneys and family members were being denied access to the individuals detained in the basement of the building. My staff asked ICE officials working at the LA Field Office why attorneys were not permitted to visit detainees, but did not receive a direct response.

---

[1] Press Release, *Reps. Gomez, Jaypal, Ocasio-Cortez Demand Trump Administration Halt Deportations of Victims of Medical Malpractice by ICE Doctor* (Nov. 20, 2020), https://gomez.house.gov/news/documentsingle.aspx?DocumentID=2151.

[2] Press Release, *Reps. Jimmy Gomez and Nanette Barragán Travel to South Border to Investigate Conditions of Asylum Seekers* (Dec. 18, 2018), https://gomez.house.gov/news/documentsingle.aspx?DocumentID=431.

**Defendants' Unlawful Obstruction of Oversight Visits in June and July 2025**

8.      Around June 6, 2025, I began receiving significant outreach from my constituents concerning the treatment of immigrants by ICE. I also became aware of reports that immigrants showing up for routine check-ins with ICE were being detained and held in the basement of the LA Field Office—some overnight—under inhumane conditions. I coordinated with Representatives Norma Torres, Luz Rivas, and Lou Correra to conduct an oversight visit of the LA Field Office.

9.      On June 7, 2025, Representatives Torres, Rivas, Correa, and I gathered outside the LA Field Office alongside members of our staffs, immigration attorneys, families of those detained, and members of the press corps. Around 8:30 a.m. PT, Representative Torres contacted the Acting Assistant Director, an ICE liaison officer she had worked with during a prior visit to the LA Field Office, and informed her that members of Congress were requesting a briefing on the previous day's ICE operations. The Acting Assistant Director informed Representative Torres that she would request authorization from her superiors to provide a briefing.

10.     After being repeatedly told by the Acting Assistant Director that she was seeking authorization, but without receiving a clear answer, the other representatives and I repeatedly called her to request a briefing. She later instructed us to move to a side entrance of the LA Field Office. At that entrance, we pressed an external intercom call button and identified ourselves as members of Congress. We were initially told to wait at the entrance, and we were subsequently informed that we would not be granted access to the LA Field Office or receive a briefing on recent ICE operations. Representative Torres later spoke to the Acting Assistant Director, who told her that she would have to contact ICE headquarters to make an appointment for a briefing.

11.     Representatives Torres, Rivas, Correa, and I remained within the vicinity of the LA Field Office to assist our constituents, some of whom were attempting to deliver medication to detained family members. After waiting for some time, we were told by ICE officials that we needed

to return during regular business hours and that we were being denied access because of "unsafe conditions" related to a protest that had started outside the facility. The protest they referred to was a non-violent, peaceful march in protest of ICE's actions in Southern California and the conditions in which detainees were being held.

12. While we remained in the vicinity, someone inside the building deployed a chemical agent that caused irritation to our throats and lungs, making us cough. We did not see who sprayed the chemical agent and remain uncertain as to what it was.

13. On June 8, 2025, I sent a letter to Secretary Noem demanding that I be allowed access to LA Field Office where immigrants were being detained and emphasizing that blocking my attempted visit on June 7th was unlawful.[3] On June 9, 2025, I received an acknowledgment letter from DHS that my letter was received.[4]

14. On June 9, 2025, my staff and I returned to the LA Field Office around 9:00 a.m. PT. We spoke into the same intercom to request access and presented our identification. I then called the ICE Assistant Field Officer Director, to notify her that I was outside the LA Field Office and wanted to conduct oversight of the facility. After I waited, two employees spoke to me through a gate. We were again denied entry and given the same reason that it was "unsafe" to allow us to come inside the facility due to protests occurring in the general area. One of the officials provided me with two points of contact at headquarters, who I was told could give me more information. These points of contact were an individual in the Strategic Initiatives section of OCR and the ICE Branch Chief. I later called the individual with OCR Strategic Initiatives and left a voicemail informing her I had legal authority to conduct an oversight visit at the LA Field Office.

---

[3] Letter from Representative Jimmy Gomez to Department of Homeland Security Kristi Noem (June 8, 2025).
[4] Letter from Department of Homeland Assistant Secretary for Legislative Affairs Bradley F. Hayes to Representative Jimmy Gomez (June 9, 2025).

15. On June 17, 2025, my staff and I again returned to the LA Field Office in the morning. We spoke into the same intercom to request access and presented our identification. I explained I wanted to conduct oversight of the facility. I was told that visiting hours are from 1:00 p.m. to 4:00 p.m. PT. I stated that as a member of Congress I had the authority to conduct oversight without advanced notice. I then spoke to someone through a gate. I identified myself and explained that I had a right to conduct oversight at this facility and provided my business card to the agent. While at the building, my staff called the two points of contact for ICE we received on June 9. The OCR Strategic Initiatives official told a member of my staff that she did not have authority to speak to me. My staff then spoke to the Branch Chief, who told them we needed to provide 72 hours' notice and that they would email this to our team. My staff informed him that I had the legal authority to conduct an unannounced site visit for oversight purposes. I then spoke to him about my authority to conduct oversight. We were again told that the LA Field Office is a field office not a "detention facility," and that ICE does not detain immigrants in field offices. I then flew back to Washington, D.C., and kept in close contact with my staff who were checking in with community organizations and local attorneys in our district who were visiting frequently to determine whether ICE was allowing them access to the LA Field Office to visit their clients and family members. I understand that visits then resumed at a later date at the LA Field Office.

16. On June 19, 2025, my staff reached out to the Branch Chief via email inquiring about an update on scheduling a visit to the LA Field Office for purposes of conducting oversight. ICE denied this request, "due to the extremely high operations tempo and ongoing concerns regarding the security environment for [their] officers and agents" and cited a new policy in place requiring seven days' notice for congressional oversight visits to detention facilities. In seeming contradiction, ICE then stated that because the LA Field Office is not a "detention facility," there was no legal

5

basis for my oversight request. In other words, under this policy, oversight visits to the LA Field Office are not permitted under any circumstances. This exchange is attached as Exhibit A.

17. On July 7, 2025, after receiving repeated reports of poor facility conditions, my staff once again attempted to schedule a visit to the LA Field Office for the purposes of conducting oversight. ICE told my staff that if they were referring to the ICE Enforcement and Removal Operations field office, they were unable to facilitate visits to any of the ICE field offices due to high operational tempo. They also noted that ICE field offices are not "detention facilities," so they fall outside of the scope of Public Law 118-47 General Provisions Sec. 527. This exchange is attached as Exhibit A.

**Defendants' Denial That the LA Field Office Is a Detention Facility**

18. On July 8, 2025, following my third in-person attempt to conduct an oversight visit, my staff emailed ICE staff about their claim that the LA Field Office is not a "detention facility." My staff asked where detainees are processed and held if they are at the facility for more than 24 hours. ICE staff responded that they "process aliens at the Enforcement and Removal Operations (ERO) Los Angeles Field Office at 300 North Los Angeles St, Los Angeles, CA 90012," reiterating that they "[do] not house aliens at field offices, rather these are working offices where ERO process aliens to make custody determinations based on the specific circumstances of each case. Aliens determined to require detention are transferred to an ICE detention facility pending removal or the outcome of their removal proceedings." ICE did not provide an answer to my staff's question about where detainees who are processed at the LA Field Office are kept if they are held for more than 24 hours.

19. My staff then asked ICE to provide us with the average processing time for individuals. In response, ICE staff confirmed that the average processing time varies, noting that there "are occasions where detainees might need to stay at the field office longer than the anticipated

6

administrative processing time"; in some complicated cases, this may take up to 72 hours. ICE detailed several variables that may impact processing time including: "number of arrests, types of cases (based on criminal and immigration history), threat classification (based on criminal history), availability of appropriate detention space, availability of transportation, and security environment (ability to safely transport)."

20. On July 9, 2025, my staff followed up and asked where a detainee with a more complicated case (that could take up to 72 hours to resolve) would be held. ICE responded on July 10, 2025, that in these cases, detainees will remain in ICE custody "at the book-in facility until administrative processing is complete and a custody determination is finalized not to exceed 72 hours absent exceptional circumstances." This exchange is attached as Exhibit A.

**The Significant, Irreparable Harm from Defendants' Unlawful Obstruction**

21. Federal law requires DHS to allow any member of Congress to visit any DHS detention facility for the purpose of conducting oversight without providing advance notice. It is critical for us to understand how appropriated funds are being used in real time on the ground in immigration detention. This close oversight informs each of us on how to best serve our constituents—especially those of us who represent districts where DHS facilities are located or nearby.

22. I intend to visit the LA Field Office again for purposes of conducting oversight, with or without notice, for several reasons. It is critical that I am able to talk to individuals detained at the LA Field Office to confirm how long they have been held since being processed since my staff was unable to get an answer from ICE. ICE has also repeatedly told me and my staff that the LA Field Office is not a "detention facility." It is important that I be able to assess the current conditions of the LA Field Office because, while not set up for detention, I understand it is currently holding individuals who have been detained for 24 hours or longer.

7

23. Oversight is essential to my ability to adequately serve my constituents impacted by ICE raids and detention. My district is incredibly diverse; I represent temporary protected status (TPS) recipients, asylum seekers, undocumented immigrants, and their families. The reported inhumane treatment and conditions of those detained in the LA Field Office directly affects the well-being of my constituents. The uptick in the number of those detained has already begun to take an emotional and economic toll on the communities I represent. I read an article reporting that restaurants are at their "breaking point" having had their staff taken into ICE custody, and people are afraid to leave their homes for fear of being a target.[5] Constituents in my district are taking part in a daily vigil outside the LA Field Office where they sing songs to the children held in ICE custody and use megaphones to send messages on behalf of family members looking for their loved ones. People in my district want to know why their friends, families, and neighbors are being held.

24. Without access to the LA Field Office, I am unable to see for myself and report to my constituents on the conditions they have heard horror stories about: TVs blaring at all hours, overcrowding, insufficient food and water, and freezing temperatures. My ability to conduct oversight is also crucial to crafting legislation that would require ICE to be transparent and accountable for resolving poor conditions.

25. Defendants' refusal to permit me to visit detention facilities without seven days' notice, and at field offices under any circumstances, hinders my ability to perform my duties as a member of Congress. It is important that I have access to real-time information about the conditions detainees are subject to, as this may vary greatly from day to day. An advanced notice requirement would render some of the information I need likely out of date by the time I am permitted access. Further, I am concerned that ICE will temporarily make changes to the conditions

---

[5] Martin Macias, Jr., *LA restaurants are struggling amid ICE raids*, Los Angeles Public Press (July 11, 2025), https://lapublicpress.org/2025/07/la-restaurants-ice-raids/.

that will obfuscate the picture of the true conditions in the LA Field Office. Accessing the facility without notice is necessary to sufficiently conduct my oversight work.

26. Without adequate oversight, I am less able to serve my constituents, to ensure that DHS and ICE are acting consistent with the law, and to craft relevant legislation and appropriations—including limits on such appropriations—going forward.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge. Executed this ___7___ day of August 2025.

_____
JIMMY GOMEZ

# GOMEZ EXHIBIT A

| | |
|---|---|
| **From:** | @ice.dhs.gov> |
| **Sent:** | Thursday, July 10, 2025 12:55 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE: Updated ICE Facility Visitation Guidance - June 2025 - CA-34 ICE Office Visit Request |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi ▇ –

Occasionally, ERO may encounter aliens with more complicated case histories necessitating additional processing. In these cases, the alien remains in ICE custody at the book-in facility until administrative processing is complete and a custody determination is finalized not to exceed 72 hours absent exceptional circumstances.

V/R,

▇

**From:** ▇@mail.house.gov>
**Sent:** Wednesday, July 9, 2025 1:36 PM
**To:** ▇@ice.dhs.gov>
**Cc:** ▇@mail.house.gov>; ▇@ice.dhs.gov>
**Subject:** RE: Updated ICE Facility Visitation Guidance - June 2025 - CA-34 ICE Office Visit Request

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good Morning ▇,

Thank you so much for the explanation. That is very helpful. For now, I have one last question. If a detainee has a complicated cases, that may take up to 72 hours, where does the detainee wait?

Thank you,

▇

▇ | ▇
**Congressman Jimmy Gomez (CA-34)**
515 S. Figueroa Street, Suite 1040
Los Angeles, CA 90071
213-481-1425

▇



**From:** ▇@ice.dhs.gov>
**Sent:** Wednesday, July 9, 2025 3:25 AM
**To:** ▇@mail.house.gov>

**Cc:** ███████████@mail.house.gov>
**Subject:** RE: Updated ICE Facility Visitation Guidance - June 2025 - CA-34 ICE Office Visit Request

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi ███,

Where are the detainees that are held for over 24hours and processed in downtown Los Angeles kept?

Thank you,
███████

███████ | ███████████
**Congressman Jimmy Gomez (CA-34)**
515 S. Figueroa Street, Suite 1040
Los Angeles, CA 90071
213-481-1425
███████████



**From:** ███████████████@ice.dhs.gov>
**Sent:** Monday, July 7, 2025 3:39 PM
**To:** ███████████@mail.house.gov>
**Cc:** ███████████@mail.house.gov>
**Subject:** Updated ICE Facility Visitation Guidance - June 2025 - CA-34 ICE Office Visit Request

Good evening, ███ –

I'm not familiar with a detention center in Los Angeles named "B-18," but if you're referring to the ICE Enforcement and Removal Operations (ERO) field office at 300 North Los Angeles St, Los Angeles, CA 90012, please note that due to an extremely high operations tempo, we are currently unable to facilitate visits to any of our ICE field offices, including ERO Los Angeles. Also note ICE Field Offices are not detention facilities and fall outside of the Public Law 118-47 General Provisions Sec. 527 requirements. ICE does not house aliens at field offices, rather these are working offices where ERO processes aliens to make custody determinations based on the specific circumstances of each case. Aliens determined to require detention are transferred to an ICE detention facility pending removal or the outcome of their removal proceedings.

Regarding visits to ICE detention facilities, the Department is now requiring requests be submitted a minimum of seven (7) calendar days advance for scheduling – see statement attributable to DHS Assistant Secretary Tricia McLaughlin below:

> "As ICE law enforcement have seen a surge in assaults, disruptions, and obstructions to enforcement, including by politicians themselves, any requests to tour processing centers and field offices must be approved by the Secretary of Homeland Security. These requests must be part of legitimate congressional oversight activities.

As for visits to detention facilities, requests should be made with sufficient time to prevent interference with the President's Article II authority to oversee executive department functions—a week is sufficient to ensure no intrusion on the President's constitutional authority. To protect the President's Article II authority, any request to shorten that time must be approved by the Secretary."

As Department guidance regarding visits to DHS facilities is updated, it will be posted to ice.gov.

ICE continues to comply with Sec. 527 but entry into detention facilities may be delayed due to exigent circumstances (including personnel and facility security considerations during protests) or time required to vet requests to ensure they for legitimate purposes (i.e., oversight, etc.). ICE will continue to take all actions required to faithfully execute Executive Order 14159, *Protecting The American People Against Invasion*; we defer additional questions regarding visits to DHS facilities, including questions regarding statements by Secretary Noem or Assistant Secretary McLaughlin, to the Department.

If you have questions or need additional information, please let me know.

V/R,

---

**From:** ▮▮▮▮▮@mail.house.gov>
**Sent:** Monday, July 7, 2025 6:12 PM
**To:** ▮▮▮▮▮@ice.dhs.gov>
**Cc:** ▮▮▮▮▮@mail.house.gov>
**Subject:** RE: Updated ICE Facility Visitation Guidance - June 2025 - CA-34 ICE Office Visit Request

> You don't often get email from ivette.aragon@mail.house.gov. Learn why this is important
>
> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi ▮▮

Yes, I am referring to the B-18 detention center in Downtown Los Angeles. Families and attorneys have been able to visit loved ones and clients that are detained by ICE by entering through B-18. It is in between the Federal building and the Metropolitan Detention Center.

Thank you,

▮▮▮▮▮

▮▮▮▮▮ | ▮▮▮▮▮
**Congressman Jimmy Gomez (CA-34)**
515 S. Figueroa Street, Suite 1040
Los Angeles, CA 90071
213-481-1425
▮▮▮▮▮



**From:** ███████████████@ice.dhs.gov>
**Sent:** Monday, July 7, 2025 3:05 PM
**To:** ███████████@mail.house.gov>
**Cc:** ███████████@mail.house.gov>
**Subject:** RE: Updated ICE Facility Visitation Guidance - June 2025 - CA-34 ICE Office Visit Request

Good evening, ███ –

I'm not sure what B-18 is in reference to – would you please clarify?

Thanks,
███

---

**From:** ███████████████@mail.house.gov>
**Sent:** Monday, July 7, 2025 5:41 PM
**To:** ███████████@ice.dhs.gov>
**Cc:** ███████████@mail.house.gov>
**Subject:** FW: Updated ICE Facility Visitation Guidance - June 2025 - CA-34 ICE Office Visit Request

> You don't often get email from ivette.aragon@mail.house.gov. Learn why this is important

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi ███

I hope you are well.

I am forwarding the below e-mail I sent to ███ per his out of office e-mail. I am hoping you can assist with the request.

Thank you,
███

███████ | ███████████
**Congressman Jimmy Gomez (CA-34)**
515 S. Figueroa Street, Suite 1040
Los Angeles, CA 90071
213-481-1425
███████

---

**From:** ███████
**Sent:** Monday, July 7, 2025 2:37 PM
**To:** ███████████@ice.dhs.gov>; ███████████████@ice.dhs.gov>
**Cc:** ███████████@mail.house.gov>
**Subject:** RE: Updated ICE Facility Visitation Guidance - June 2025 - CA-34 ICE Office Visit Request

Hi ███

I hope you are well.

I would like to schedule an appointment for Congressman Jimmy Gomez to visit B-18 in downtown Los Angeles. The law gives Congressman Jimmy Gomez access to any immigration enforcement facility housing detainees. The Congressman wants to conduct oversight where individuals detained by ICE are, whether that is the field office, basement, or the detention facility. Will you please help facilitate that request?

Thank you,

█████████

█████████ | █████████

**Congressman Jimmy Gomez (CA-34)**
515 S. Figueroa Street, Suite 1040
Los Angeles, CA 90071
213-481-1425
█████████



---

**From:** █████████@ice.dhs.gov>
**Sent:** Friday, June 20, 2025 1:47 PM
**To:** █████████@mail.house.gov>; █████████@ice.dhs.gov>
**Cc:** █████████@mail.house.gov>
**Subject:** RE: Updated ICE Facility Visitation Guidance - June 2025 - CA-34 ICE Office Visit Request

███

Unfortunately, due to the high operational tempo, we are not currently facilitating any visits to ICE field offices. ICE Field Offices are not detention facilities and fall outside of the Sec. 527 requirements. ICE does not house aliens at field offices, rather these are working offices where ERO personnel process aliens to make custody determinations based on the specific circumstances of each case. Aliens determined to require detention are transferred to an ICE detention facility pending removal or the outcome of their removal proceedings.

In addition, the Department is now requiring seven calendar days advance notice for visits to DHS detention facilities. Please see below statement attributable to DHS Assistant Secretary Tricia McLaughlin:

> "As ICE law enforcement have seen a surge in assaults, disruptions and obstructions to enforcement, including by politicians themselves, any requests to tour processing centers and field offices must be approved by the Secretary of Homeland Security. These requests must be part of legitimate congressional oversight activities.
>
> As for visits to detention facilities, requests should be made with sufficient time to prevent interference with the President's Article II authority to oversee executive department functions—a week is sufficient to ensure no intrusion on the President's constitutional authority. To protect the President's Article II authority, any request to shorten that time must be approved by the Secretary."

As Department guidance regarding visits to DHS facilities is updated, it will be posted to ice.gov.

ICE continues to comply with Sec. 527 but entry into detention facilities may be delayed due to exigent circumstances (including personnel and facility security considerations during protests) or time required to vet requests to ensure they for legitimate purposes (i.e., oversight, etc.). ICE will continue to take all actions required to faithfully execute Executive Order 14159, *Protecting The American People Against Invasion*; we

defer additional questions regarding visits to DHS facilities, including questions regarding statement by Secretary Noem, to the Department.

Finally, please note the Bureau of Prisons has suspended al visits to its facility (Metropolitan Detention Center in Los Angeles) until further notice https://www.bop.gov/locations/institutions/los/

Thank you, and please let me know if you have any questions

---

**From:** █████████████@mail.house.gov>
**Sent:** Friday, June 20, 2025 4:15 PM
**To:** █████████████@ice.dhs.gov>; █████████████@ice.dhs.gov>
**Cc:** █████████████@mail.house.gov>
**Subject:** Re: Updated ICE Facility Visitation Guidance - June 2025 - CA-34 ICE Office Visit Request

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Dear █████,

The law gives Congressman Jimmy Gomez access to any immigration enforcement facility housing detainees. The Congressman wants to conduct oversight where the individuals detained by ICE are, whether that is the field office, basement, or the detention facility. Will you help facilitate that request?

Thank you,

---

**From:** █████████████@ice.dhs.gov>
**Date:** Friday, June 20, 2025 at 12:57 PM
**To:** █████████████@mail.house.gov>, █████████████@ice.dhs.gov>
**Cc:** █████████████@mail.house.gov>
**Subject:** RE: Updated ICE Facility Visitation Guidance - June 2025 - CA-34 ICE Office Visit Request

█████-

I believe that is a Bureau of Prison facility…

https://www.bop.gov/locations/institutions/los/

thanks

---

**From:** █████████████@mail.house.gov>
**Sent:** Friday, June 20, 2025 3:40 PM
**To:** █████████████@ice.dhs.gov>; █████████████@ice.dhs.gov>
**Cc:** █████████████@mail.house.gov>
**Subject:** Re: Updated ICE Facility Visitation Guidance - June 2025 - CA-34 ICE Office Visit Request

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

▮,

To be clear, the Congressman would like to visit the Metropolitan Detention Facility in Downtown Los Angeles to conduct oversight.

Thank you,

▮

---

**From:** ▮@ice.dhs.gov>
**Date:** Friday, June 20, 2025 at 4:38 AM
**To:** ▮@mail.house.gov>, ▮@ice.dhs.gov>
**Cc:** ▮@mail.house.gov>
**Subject:** RE: Updated ICE Facility Visitation Guidance - June 2025 - CA-34 ICE Office Visit Request

Hi ▮-

We have received additional guidance from the Department regarding visits to DHS field offices. Unfortunately, due to the extremely high operations tempo and ongoing concerns regarding the security environment for our officers and agents, we unable to support the request to visit the ICE field office in Los Angeles at this time.

If you have questions or need additional information, please let me know.

Thanks

▮

---

**From:** ▮@mail.house.gov>
**Date:** Thursday, Jun 19, 2025 at 4:45 PM
**To:** ▮@ice.dhs.gov>, ▮@ice.dhs.gov>
**Cc:** ▮@mail.house.gov>
**Subject:** Re: Updated ICE Facility Visitation Guidance - June 2025 - CA-34 ICE Office Visit Request

You don't often get email from ▮. Learn why this is important
**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi ▮

Is there an update? The Congressman would still like to visit the facility to conduct oversight.

Thank you,

▮