**Appendix: Exemplars of Defendants' Denials of Plaintiffs' Access to Facilities under the Unlawful Oversight Visit Policy**

| Plaintiff | Facility | Facility type | Visit date | Written notice | Reason given for denial of access |
|---|---|---|---|---|---|
| Rep. Gomez | LA Field Office | Field office | June 17 | N/A | In person: field office is "not a detention facility" |
| Rep. Gomez | LA Field Office | Field office | N/A | June 19 | By email: 7 days' notice required and field offices are "not detention facilities" |
| Rep. Gomez | LA Field Office | Field office | N/A | July 7 | By email: 7 days' notice required and field offices are "not detention facilities" |
| Rep. Goldman | 10th Floor Facility, 26 Federal Plaza | Field office | June 18 | June 9 & 16 | By email: field office is not a "detention facility" |
| Rep. Torres | LA Field Office | Field office | June 18 | N/A | By email: field office is "not a detention facility" |
| Rep. Correa | Santa Ana Field Office | Field office | June 21 | N/A | In person: 7 days' notice required |
| Rep. Escobar | El Paso SPC | Detention facility | July 9 | July 8 | By email: 7 days' notice required |
| Reps. Ruiz & Torres | Adelanto Facility | Detention facility | July 11 | July 7 | By email: 7 days' notice required |
| Rep. Espaillat | 10th Floor Facility, 26 Federal Plaza | Field office | July 14 | N/A | In person: "sensitive facility" |
| Rep. Crow | Aurora Facility | Detention facility | July 20 | N/A | By email: 7 days' notice required |
| Rep. Garcia | LA Field Office | Field office | July 24 | July 23 | By email: 7 days' notice required In person: field office not a detention facility |
| Reps. Neguse, Raskin, & Thompson | Washington Field Office | Field office | July 21 | N/A | In person: "latest guidance" is that field offices not subject to section 527 |