UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE NEGUSE, in his official capacity as a Member of the U.S. House of Representatives, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT *et al.*, <br><br> *Defendants*. | Case No. 25-cv-2463-JMC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for stay under 5 U.S.C. § 705 or, in the alternative, for preliminary injunction, it is hereby

**ORDERED** that Plaintiffs' motion is **GRANTED**; and it is further

**ORDERED** that Defendants' oversight visit policy and practice, requiring members of Congress to provide at least seven days' written notice before conducting oversight visits and preventing oversight visits to U.S. Immigration and Customs Enforcement (ICE) field offices, is **STAYED**; and it is further

**ORDERED** that Defendants shall not effectuate any similar policy under a different name purporting to prevent oversight visits by members of Congress to any U.S. Department of Homeland Security (DHS) facility used to detain or otherwise house noncitizens, including ICE field offices, or require prior notice of such oversight visits.

In the alternative, it is

**ORDERED** that Defendants are preliminarily enjoined from enforcing, implementing, maintaining, or giving effect to the oversight visit policy, including by denying or otherwise

preventing oversight visits by members of Congress to any DHS facility used to detain or otherwise house noncitizens, including ICE field offices.

**SO ORDERED**.

_____
JIA M. COBB
United States District Judge

Date: _____, 2025