AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Civil Process Clerk, U.S. Attorney's Office for the District of Columbia
was received by me on *(date)* 08/06/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
Service was completed by sending a copy of the documents listed herein to Civil Process Clerk, U.S. Attorney's Office for the District of Columbia, 601 D Street, NW, Washington, DC 20530 on 08/06/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 883364018477. Service was signed for on 08/08/2025 at 8:53 AM by A. Murray, Proof of Delivery Attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/27/2025

*Carrie Hollingshed*
Server's signature

Carrie Hollingshed, Private Process Server
Printed name and title

7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770
Server's address

Additional information regarding attempted service, etc:



August 29, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 883364018477

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | A.Murray | Delivery Location: | 601 D ST NW |
| Service type: | FedEx Express Saver | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | WASHINGTON, DC, 20530 |
| | | Delivery date: | Aug 8, 2025 08:53 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 883364018477 | Ship Date: | Aug 6, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
Civil Process Clerk, U.S. Atty's Office for DC
601 D Street, NW
WASHINGTON, DC, US, 20530

Shipper:
Capitol Process Services, Inc.,
7500 Greenway Center Drive
Suite 420
Greenbelt, MD, US, 20770

Reference    13877886



Thank you for choosing FedEx

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joe Neguse, in his official capacity as a Member of the U.S. House of Representatives, et al.
        Plaintiffs

vs.

U.S. Immigration and Customs Enforcement, et al.
        Defendants

Case No.: 1:25-cv-02463-JMC

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, and Complaint

SERVE TO: Civil Process Clerk, U.S. Attorney's Office for the District of Columbia

SERVICE ADDRESS: 601 D Street, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Civil Process Clerk, U.S. Attorney's Office for the District of Columbia, 601 D Street, NW, Washington, DC 20530 on 08/06/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 883364018477. Service was signed for on 08/08/2025 at 8:53 AM by A. Murray, Proof of Delivery Attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 08/27/2025

Carrie Hollingshed

Client Ref Number: Neguse v. ICE
Job #:13877886

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*