AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Homeland Security
was received by me on *(date)* 08/06/2025.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Service was completed by sending a copy of the documents listed herein to U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Avenue, SE, Washington, DC 20528 on 08/06/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 883363831300. Service was signed for on 08/08/2025 at 9:49 AM by R. Gill, Proof of Delivery Attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 08/27/2025

*Carrie Hollingshed*
Server's signature

Carrie Hollingshed, Private Process Server
Printed name and title

7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset



August 29, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 883363831300

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | R.Gill | Delivery Location: | 1100 Hampton BLVDFL 3 |
| Service type: | FedEx Express Saver | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | WASHINGTON, DC, 20528 |
| | | Delivery date: | Aug 8, 2025 09:49 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 883363831300 | Ship Date: | Aug 6, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

**Recipient:**
U.S. Dept of Homeland Security,
2707 Martin Luther King Jr Ave, SE
WASHINGTON, DC, US, 20528

**Shipper:**
Capitol Process Services, Inc.,
7500 Greenway Center Drive
Suite 420
Greenbelt, MD, US, 20770

Reference    13877836



Thank you for choosing FedEx

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Joe Neguse, in his official capacity as a Member of the U.S. House of Representatives, et al.*
        **Plaintiffs**

*vs.*     Case No.: 1:25-cv-02463-JMC

*U.S. Immigration and Customs Enforcement, et al.*
        **Defendants**

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, and Complaint

SERVE TO: U.S. Department of Homeland Security

SERVICE ADDRESS: 2707 Martin Luther King Jr. Avenue, SE, Washington, DC 20528

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Avenue, SE, Washington, DC 20528 on 08/06/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Article Number: 883363831300. Service was signed for on 08/08/2025 at 9:49 AM by R. Gill, Proof of Delivery Attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 08/27/2025

*Carrie Hollingshed*

*Client Ref Number: Neguse v. ICE*
*Job #:13877836*