IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE NEGUSE, in his official capacity as a Member of the U.S. House of Representatives, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-2463-JMC |

**NOTICE REGARDING SOURCE OF FUNDS**

Defendants respectfully submit the following Notice to update the Court regarding the sources of funding currently available to U.S. Immigration and Customs Enforcement (ICE). As Defendants explained in their Opposition to Plaintiffs' Motion for Stay Under 5 U.S.C. § 705, or in the alternative, for Preliminary Injunction, there were two operative appropriations for ICE detention operations for FY2025: the Full-Year Continuing Appropriations and Extensions Act, 2025 ("FY2025 Continuing Resolution"), Pub. L. No. 119-4, 139 Stat. 9 (Mar. 15, 2025), and the One Big Beautiful Bill Act ("OBBB"), 139 Stat. 72, Pub. L. No. 119-21 (July 4, 2025). *See* ECF No. 20 at 5-6. Only the FY2025 Continuing Resolution contains the limitation known as Section 527 that is at issue in this action. *See id.*

With the lapse in appropriations following the expiration of the FY2025 Continuing Resolution at 12:00 A.M. on October 1, 2025, ICE is no longer funding the operation of its detention facilities (including the adoption and implementation of the Congressional visitation protocols at issue in this action) with any funds that were appropriated subject to Section 527. *See*

Declaration of Ralph Ferguson ¶ 5. ICE is incurring obligations in advance of FY2026 appropriations, and those obligations are not subject to the expired general provision known as Section 527. *Id.* ¶ 6. Additionally, certain ICE operations during this lapse in appropriations are being funded by appropriations made through the OBBB. *Id.* ¶ 8.

| | |
|---|---|
| Dated: October 21, 2025 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Principal Deputy Assistant Attorney General |
| | ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch |
| | */s/ Alexander W. Resar*<br>INDRANEEL SUR<br>Senior Counsel<br>ALEXANDER W. RESAR<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, DC 20530<br>Tel: (202) 616-8188<br>E-mail: alexander.w.resar@usdoj.gov |
| | *Counsel for Defendants* |