UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joe Neguse, et al.,

    Plaintiffs,

v.

U.S. Immigration and Customs Enforcement, et al.,

    Defendants.

Civil Action No. 1:25-cv-02463-JMC

### DECLARATION OF RALPH FERGUSON

I, Ralph Ferguson, declare the following under 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. I am the U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removals Operations (ERO) acting Assistant Director for the Operations Support Division. In this role, I oversee the Human Resources Management Division, Mission Support Division, and Fiscal Management.

2. I joined ICE in 2016 as a Supervisory Accountant. I was assigned to ERO in 2017 and served in several supervisory positions within ERO from 2019 to the present. In 2024, I was promoted to the position of ERO's Deputy Assistant Director of the Fiscal Management Division. On January 2, 2025, I was promoted to be the Acting Assistant Director of ERO Operations Support.

3. I provide this declaration based on my personal knowledge and information obtained in my official capacity.

4. The Full-Year Continuing Appropriations and Extensions Act, 2025 ("FY2025 Continuing Resolution"), Pub. L. No. 119-4, 139 Stat. 9 (Mar. 15, 2025), expired at 12:00 A.M. on October 1, 2025.

5. With the expiration of the FY2025 Continuing Resolution, ICE is no longer using for detention operations (including the adoption and implementation of the Congressional visitation protocols at issue in this action) any funds that were appropriated subject to Section 527.[1]

6. During a lapse in appropriations, ICE continues to incur obligations in advance of FY2026 appropriations, when permitted under law. Such obligations incurred during the lapse are not subject to the expired general provision Section 527.

7. ICE has some multiyear construction funds that were appropriated through the FY2025 Continuing Resolution that have not lapsed. ICE does not use those funds for detention operations, including the adoption and implementation of the Congressional visitation protocols at issue in this action, and ICE will not use them for detention operations during a lapse.

8. Additionally, certain ICE operations during this lapse in annual appropriations are being funded by appropriations made through the One Big Beautiful Bill Act ("OBBB"), 139 Stat. 72, Pub. L. No. 119-21 (July 4, 2025). Appropriations made through the OBBB are a distinct source of funding with defined amounts for specific purposes and are not being used to fund all of ICE's operations throughout this lapse in appropriations.

---

[1] "Section 527" refers to Section 527 of FY2024 Appropriations Act, div. C, title V, Pub. L. No. 118-47, 138 Stat. 460, 619 (Mar. 23, 2024), made applicable to the funds appropriated through the FY2025 Continuing Resolution by Section 1101 of the FY2025 Continuing Resolution.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 20th day of October, 2025.

_____
Ralph Ferguson
Acting Assistant Director
Operations Support Division
Enforcement and Removal Operations