IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE NEGUSE, in his official capacity as a Member of the U.S. House of Representatives, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT *et al.*,<br><br>    *Defendants*. | Case No. 25-cv-2463-JMC |

## JOINT STATUS REPORT

Pursuant to the Court's October 29, 2025 minute order, the parties provide the following status report:

1. On October 29, 2025, the Court stayed this case pending the conclusion of the lapse of the Department of Homeland Security's appropriations. The Court further ordered that the parties file a status report no later than three business days after a law is enacted that provides annual funding for the Department of Homeland Security.

2. On November 12, 2025, Congress enacted, and the President signed into law, a continuing resolution entitled "An Act making continuing appropriations and extensions for fiscal year 2026, and for other purposes." *See* H.R. 5371, 119th Cong. (2025) (enacted). Relevant here, the continuing resolution funds the Department of Homeland Security through January 30, 2026, "under the authority and conditions provided" in the applicable appropriations act, § 101, and "to the extent and in the manner that would be provided by the pertinent appropriations Act." § 103. As a result, Defendants' actions funded by that continuing resolution are subject to section 527.

3. Because Defendants are currently using funds appropriated through that continuing

resolution for detention operations, including the adoption and implementation of the visitation protocols at issue in this action, the parties request that the Court lift the stay and resolve Plaintiffs' pending motion, ECF No. 17. Plaintiffs request that motion be resolved expeditiously.

November 17, 2025

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Alexander W. Resar*
INDRANEEL SUR
(D.C. Bar No. 978017)
Senior Counsel
ALEXANDER W. RESAR
(N.Y. Bar No. 5636337)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Tel: (202) 616-8188
E-mail: alexander.w.resar@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

*/s/ Lisa Newman*
Christine L. Coogle (D.C. Bar No. 1738913)
Lisa Newman (TX Bar No. 24107878)
Paul R.Q. Wolfson (D.C. Bar No. 414759)
Brian D. Netter (D.C. Bar No. 979362)
Josephine T. Morse (D.C. Bar No. 1531317)
Skye L. Perryman (D.C. Bar No. 984573)

DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
lnewman@democracyforward.org

Daniel Martinez
D.C. Bar No. 90025922
Ronald A. Fein
D.C. Bar No. 90026641
Katherine M. Anthony
D.C. Bar No. 1630524
Jessica Jensen
D.C. Bar No. 1048305

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
danny.martinez@americanoversight.org

*Counsel for Plaintiffs*