IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE NEGUSE, in his official capacity as a Member of the U.S. House of Representatives, *et al.*,<br><br>                     *Plaintiffs*,<br><br>          v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>                     *Defendants*. | Case No. 1:25-cv-2463 (JMC) |

**NOTICE OF**
**WITHDRAWAL OF APPEARANCE**

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE of the withdrawal of Indraneel Sur as counsel for the Defendants in this action in connection with conclusion of employment at the Federal Programs Branch of the Civil Division of the U.S. Department of Justice. Defendants continue to be represented by other attorneys at the Federal Programs Branch.

DATED: December 5, 2025                    Respectfully submitted,

                                                                 /s/ INDRANEEL SUR
                                                                 INDRANEEL SUR (D.C. Bar 978017)
                                                                 *Senior Counsel*
                                                                 United States Department of Justice
                                                                 Civil Division, Federal Programs Branch
                                                                 P.O. Box 883
                                                                 Washington, D.C. 20044
                                                                 Tel.: (202) 616-8488
                                                                 e-mail: Indraneel.Sur@usdoj.gov

                                                                 *Attorneys for Defendants*