## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOE NEGUSE, in his official capacity as a Member of the U.S. House of Representatives, *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT *et al.*,<br><br>       *Defendants*. | Case No. 25-cv-2463-JMC |

## <u>NOTICE</u>

Defendants hereby notify the Court and Plaintiffs of ICE's new policy with respect to visitation protocols, attached hereto at Exhibit A.

January 10, 2026

      Respectfully submitted,

      BRETT A. SHUMATE
      Assistant Attorney General


      */s/ Elizabeth J. Shapiro*
      ELIZABETH J. SHAPIRO (D.C. Bar 418925)
      ALEXANDER W. RESAR
      (N.Y. Bar No. 5636337)
      Attorneys
      United States Department of Justice
      Civil Division, Federal Programs Branch
      1100 L St. NW
      Washington, DC 20530
      Tel:  (202) 514-5302
      E-mail: elizabeth.shapiro@usdoj.gov

      *Counsel for Defendants*