IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE NEGUSE, in his official capacity as a Member of the U.S. House of Representatives, *et al.*,<br><br>        *Plaintiffs*,<br><br>   v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>        *Defendants*. | Case No. 1:25-cv-2463-JMC |

**NOTICE OF FILING**

Defendants hereby provide notice of filing of the following documents: Declaration of Holly C. Mehringer (Exhibit 1); Declaration of David Easterwood (Exhibit 2); and decision in *Asylum Seeker Advoc. Project v. U.S. Citizenship & Immigr. Servs., et al.*, No. 25-cv-3299 (D. Md. Jan. 13, 2026) (Exhibit 3).

1

| | |
|---|---|
| Dated: January 13, 2026 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>ELIZABETH J. SHAPIRO<br>Deputy Director<br>Federal Programs Branch<br><br> /s/ Amber Richer<br>AMBER RICHER (CA Bar No. 253918)<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Ph: (202) 514-3489<br>Email: amber.richer@usdoj.gov<br><br>*Counsel for Defendants* |