IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE NEGUSE, in his official capacity as a Member of the U.S. House of Representatives, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT *et al.*,<br><br>*Defendants*. | Case No. 25-cv-2463-JMC |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion for an Order to Show Cause, ECF No. 40, Defendants' Notice and accompanying declarations, ECF No. 42, the arguments of counsel at the hearing held on January 14, and the parties' supplemental memoranda, the Court **FINDS** as follows:

On December 17, 2025, the Court stayed the Department of Homeland Security's policy requiring that members of Congress provide DHS with seven days' notice prior to visiting a DHS facility used to detain or otherwise house noncitizens for oversight purposes. ECF Nos. 36, 37. The Court did so to preserve the status quo and Plaintiffs' right as members of Congress to conduct oversight of such facilities pending conclusion of the review of these proceedings. This Court's opinion held that "the evidence before the Court demonstrates that the Policies were promulgated with Section 527 funds, and they continue to be implemented and enforced through the use of Section 527 funds. Unless and until Defendants show that no Section 527 funds are being used for these purposes, a stay of the policies is consistent with the scope of Defendants' violation and Plaintiffs' requested relief." ECF No. 36, at 72.

On January 8, 2026, Defendants issued a memorandum promulgating a seven-day-notice requirement identical to that which this court stayed in its December 17 order.

Because Defendants have not shown that no section 527 funds were used, are being used, or will be used to create, promulgate, implement, and enforce this notice requirement, the Court **FINDS** that Defendants' notice requirement violates this Court's December 17 order and therefore that Defendants violated this Court's order.

Accordingly, it is **ORDERED** that Defendants are enjoined from implementing, giving effect to, or otherwise enforcing the requirement set forth in the memorandum issued by Secretary Noem on January 8, 2026, that members of Congress provide seven days' notice prior to visiting DHS facilities used to detain or otherwise house noncitizens, unless and until Defendants demonstrate to this Court with particularity that no section 527 funds are used or will be used to create, promulgate, implement, and enforce a seven day notice requirement. Unless and until such a showing is made, it is further **ORDERED** that Defendants may not require members of Congress to provide notice prior to visiting DHS facilities used to detain or otherwise house noncitizens for the purpose of conducting oversight.

It is further **ORDERED** that Defendants are enjoined from reissuing, adopting, implementing, giving effect to, or enforcing any:

(1) policy or requirement that prevents a member of Congress from visiting any facility operated by or for the Department of Homeland Security used to detain or otherwise house aliens, unless and until Defendants demonstrate to this Court with particularity that no section 527 funds were or will be used to create, promulgate, implement, and enforce such policy or requirement; or

(2) policy or requirement that members of Congress must provide prior notice of intent to enter a facility for the purposes of conducting oversight, unless and until Defendants

demonstrate to this Court with particularity that no section 527 funds were or will be used to create, promulgate, implement, and enforce such policy or requirement.

It is further **ORDERED** that Defendants shall file a status report within one business day apprising the Court of the status of their compliance with this Order.

**SO ORDERED**.

                                                                                           _____
                                                                                           JIA M. COBB
                                                                                           United States District Judge

Date: _____, 2026