**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOE NEGUSE, in his official capacity as a
Member of the U.S. House of Representatives,
*et al.*,

*Plaintiffs*,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT *et al.*,

*Defendants*.

Case No. 1:25-cv-2463

**SECOND DECLARATION OF REPRESENTATIVE LOU CORREA**

I, Lou Correa, declare as follows:

1.     I am a member of the U.S. House of Representatives, representing California's 46th congressional district. I have been a Member of Congress since 2017.

2.     I am a member of the Committee on the Judiciary and the Committee on Homeland Security.  In 2023, I was named ranking member of the Homeland Security Committee's Subcommittee on Border Security and Enforcement.

3.     I have personal knowledge of the facts and information in this declaration. I respectfully provide this declaration to explain how the unlawful, new oversight visit policy of the Department of Homeland Security (DHS) and Immigration and Customs Enforcement (ICE) prevents me from performing my oversight duties as a member of Congress and significantly harms my ability to serve my constituents.

**DHS and ICE Oversight Activities**

4. As a member of the Judiciary and Homeland Security Committees, as current ranking member of a Subcommittee for the Homeland Security Committee dealing with immigration

1

matters, and because of the composition of my district I have been actively engaged in oversight of the Department of Homeland Security (DHS) and U.S. Immigration and Customs Enforcement (ICE).

4.     In the course of conducting oversight of DHS, I have performed numerous in-person visits to DHS facilities over the last several years. In my oversight role as ranking member of the Subcommittee on Border Security and Enforcement, I have sought to understand the concerns of immigration enforcement officers and to help them achieve their objectives, as per our laws and within the context of my district's needs and concerns. Until recently, I shared a positive working relationship with ICE immigration officers and received unobstructed access both to the ICE Santa Ana field office, which is located in my district, and to detention facilities outside my district.

5.     These on-the-ground oversight visits are integral to other activities I have undertaken to investigate immigration detention and to craft relevant legislation, including DHS appropriations.[1] For example, I have sent oversight letters to DHS, ICE, and the Government Accountability Office, calling for greater transparency regarding ICE arrests,[2] the conditions of detention facilities and

---

[1] Lou Correa, Press Release: *Reps Correa, Cleaver Lead Effort to Address Unjust Deportations, Return Unlawfully Deported Individuals* (Mar. 28, 2023), https://correa.house.gov/news/press-releases/reps-correa-cleaver-lead-effort-to-address-unjust-deportations-return-unlawfully-deported-individuals.

[2] Lou Correa, Press Release: *Correa Slams Secretary Noem on Illegal ICE and DHS Activities, Urges for Agency Transparency* (Jul. 8, 2025), https://correa.house.gov/news/press-releases/correa-slams-secretary-noem-on-illegal-ice-and-dhs-activities-urges-for-agency-transparency.

processing facilities at ports of entry,[3] and the processing of asylum claims,[4] and expressing concern regarding the denial of entry into detention facilities.[5]

6.      I have also introduced legislation to address issues that have arisen in the course of my oversight of DHS. In June 2024, I introduced the Child Status Fairness and Modernization Act, which sought to address the specific provision in the Immigration and Nationality Act that leads to separation of families.[6]

**Defendants' Unlawful Obstruction of June 2025 Oversight Visits**

7.      On June 7, 2025, I attempted to visit an ICE facility in downtown Los Angeles with other Democratic colleagues to observe the status of individuals being detained inside the facility. When we arrived that morning, we were denied entry. The purpose of our visit was to inspect the facility after hearing those individuals had been denied access to attorneys, were being placed in overcrowded conditions, and did not have access to adequate healthcare. When denied access by ICE officers, we were unable to fulfill our oversight responsibilities.

8.      On June 8, 2025, I began visiting the ICE field office in Santa Ana on a daily basis to ensure there was no overcrowding and to locate specific individuals based on requests from my constituents. Most days, I found fewer than ten detainees. On one of my daily visits, I saw a surge in

---

[3] Letter from Lou Correa to Joseph V. Cuffari, Acting Inspector General at DHS (May 6, 2025), https://d12t4t5x3vyizu.cloudfront.net/ritchietorres.house.gov/uploads/2025/05/DHS-IG-Letter.pdf; Letter from Lou Correa to Pete R. Flores, Acting Commissioner at CBP and Todd Lyons, Acting Director at ICE (Apr. 29, 2025), https://www.warren.senate.gov/imo/media/doc/letter_on_cbp_misconduct_at_ports_of_entry.pdf.

[4] Lou Correa, Press Release: *Reps Correa, Garcia, Espaillat Urge for Humane DHS Preparation for End of Title 42* (Apr. 18, 2023), https://correa.house.gov/news/press-releases/reps-correa-garcia-espaillat-urge-for-humane-dhs-preparation-for-end-of-title-42.

[5] Letter from Lou Correa to Gene L. Dodaro, Comptroller General at GAO (Jun. 25, 2025), https://torres.house.gov/imo/media/doc/letter_request_to_gao_to_investigate_violations_of_the_antideficency_act.pdf.

[6] Lou Correa, Press Release: *Correa, Omar Introduce Bill to Keep Immigrant Families Together* (Jun. 7, 2024), https://correa.house.gov/news/press-releases/correa-omar-introduce-bill-to-keep-immigrant-families-together.

the numbers of detainees. I was verbally told that there were seventy-seven detainees, housed in about eight holding cells with a maximum capacity of eighty-six detainees. I was told that the increase was due to the Los Angeles facilities being temporarily closed. Each time I conducted a visit, I gave notice the night before my arrival and I would usually verbally inform my ICE escort that I would be back the next day for my 7am visit.

9. After conducting these visits without issue for about twelve days, I was denied entry to the Santa Ana field office on June 21. When I arrived at about 7am, ICE officials informed me of a new rule requiring my office to provide a seven-day written notice in order to visit the facility. I was therefore unable to obtain real-time, reliable information regarding the conditions of confinement.

10. I left the Santa Ana field office without being able to conduct oversight of the facility. I was also told that I could no longer use my regular contacts to schedule visits to the Santa Ana facility but had to submit requests to a centralized email box. I continue to lack information regarding the conditions of detention at the Santa Ana field office.

11. On August 1, my staff sent an email to ICE requesting another oversight visit at the Santa Ana field office. Later that day, I received a response that I could visit on August 12 – almost two weeks later.[7]

**Developments Following This Court's December 17 Order**

12. After the Court issued an order on December 17, 2025, staying Defendants' seven-day-notice policy, I was again able to conduct an oversight visit at immigration detention facilities without issue.

13. On December 19, 2025, I conducted an oversight visit with a member of my staff at the ICE Santa Ana field office. Before the visit, my office called the Assistant Field Office Director

---

[7] *See* Ex. A (correspondence with ICE regarding Aug. 12 visit).

to inform her that I would be stopping by to conduct oversight following the court ruling. She claimed she had not been given any information about the decision and would most likely deny entry. My office emailed her a copy of the decision and informed her that I would be carrying a copy with me during my visit. Within ten minutes, she replied, "Good morning Cynthia, There is no issue at this time. Congressman Correa may resume his visit."[8] When I arrived, the Assistant Field Officer Director additionally informed me that I would be able to visit the facility at any time to conduct oversight without advance notice provided I check in at the front window before entry.

14.     During that visit, I observed a total of eight people detained, and the Assistant Field Officer Director informed me that no one was being held overnight at that facility.

### The Significant, Irreparable Harm from Defendants' Unlawful Obstruction

15.     Federal law requires DHS to allow any member of Congress to visit any DHS detention facility for the purpose of conducting oversight without providing advance notice. It is a critical oversight function to understand how appropriated funds are being used in real time on the ground in immigration detention. This close oversight informs me on how to best serve my constituents—especially those of us who represent districts where DHS facilities are located or nearby, or who have constituents who are themselves held in such facilities or whose loved ones are. As ranking member of the Subcommittee on Border Security and Enforcement, close oversight also informs my ability to be a subject matter expert on this topic and ensure that funds are being adequately appropriated to our immigration agencies. For these reasons, I intend to continue engaging in on-the-ground, real-time oversight of DHS facilities.

16.     Defendants' refusal to permit me to conduct oversight visits at the Santa Ana field office without seven days' notice hinders my ability to perform my duties as a member of Congress. When conducting oversight of ICE facilities, the purpose of being able to visit without notice is to

---

[8] *See* Ex. B (correspondence with ICE regarding Dec. 19 visit).

capture the state of the facility as it exists in its current state. If ICE is given lengthy notice of a congressional oversight visit, there is an opportunity to alter the circumstances of the facility. The value of visiting facilities with the seven-day notice requirement is therefore greatly diminished.

17.    Without adequate oversight, I am less able to serve my constituents, to ensure that DHS and ICE are acting consistent with the law, and to craft relevant legislation and appropriations—including limits on such appropriations—going forward.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 23 day of January 2026.

_____
LOU CORREA

# EXHIBIT A



**From:** ██████████
**Sent:** Friday, August 1, 2025 3:04 PM
**To:** CongressToICE <CongresstoICE@ice.dhs.gov>
**Cc:** ████████████████████ @mail.house.gov>
**Subject:** RE: CA46: Rep. Correa Visit Santa Ana facility

Thank you confirming. I will be staffing the Congressman during his visit on August 12th at 9am.

Name: ██████████
Title: ████████████████

Please confirm our point of contact during the visit.

Best,
██████████ | ████████████████

Office of Congressman J. Luis Correa (CA-46)
O: (714) 559-6190
<image001.png>

**From:** CongressToICE <CongresstoICE@ice.dhs.gov>
**Sent:** Friday, August 1, 2025 1:54 PM
**To:** ██████████████████████ @mail.house.gov>
**Cc:** ██████████████████████ @mail.house.gov>
**Subject:** RE: CA46: Rep. Correa Visit Santa Ana facility

Hi ██████ –

Certainly. I just need the name and duty title of the staff member to provide to the field office.

V/R,
ICE Office of Congressional Relations

**From:** ██████████████████████ @mail.house.gov>
**Sent:** Friday, August 1, 2025 4:46 PM
**To:** CongressToICE <CongresstoICE@ice.dhs.gov>
**Cc:** ██████████████████████ @mail.house.gov>
**Subject:** RE: CA46: Rep. Correa Visit Santa Ana facility

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Yes, we have added the visit to his calendar. Additionally, I wanted to ask if a staff member can staff him during his visit?

Best,
██████████ | ████████████████████
Office of Congressman J. Luis Correa (CA-46)
O: (714) 559-6190
<image001.png>

**From:** CongressToICE <CongresstoICE@ice.dhs.gov>
**Sent:** Friday, August 1, 2025 10:10 AM
**To:** ██████████████████████ @mail.house.gov>
**Cc:** ██████████████████████ @mail.house.gov>
**Subject:** RE: CA46: Rep. Correa Visit Santa Ana facility

Hi ▓▓▓▓ –

The ICE Enforcement and Removal Operations (ERO) Los Angeles Field Office can support ta visit to the Santa Ana Sub-Office on Tuesday, August 12, 2025, at 9:00 am. Does that work for Rep Correa?

V/R,
ICE Office of Congressional Relations

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ @mail.house.gov>
**Sent:** Friday, August 1, 2025 1:35 AM
**To:** CongressToICE <congresstoice@ice.dhs.gov>
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ @mail.house.gov>
**Subject:** CA46: Rep. Correa Visit Santa Ana facility

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good evening,

Congressman Correa would like to coordinate a visit to the Santa Ana, California ICE facility.

Please let our office know how early we can arrange this visit.

Thank you for your attention on this request.

▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Office of Congressman J. Luis Correa (CA-46)
Sent from my iPhone

# EXHIBIT B

| | |
|---|---|
| **From:** | ██████████████ |
| **To:** | ██████████ |
| **Cc:** | ██████████ ; ██████████ ; ██████████ |
| **Subject:** | RE: District Office Guidance on ICE facility visits |
| **Date:** | Friday, December 19, 2025 2:18:18 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Good morning ████████,

There is no issue at this time. Congressman Correa may resume his visit.

Thank you,

██████████████

Assistant Field Office Director
**ICE Enforcement and Removal Operations**
Los Angeles Field Office, Santa Ana Sub-Office
(714) 836-3045 Office
██████████@ice.dhs.gov

**From:** ██████████████@mail.house.gov>
**Sent:** Friday, December 19, 2025 11:07 AM
**To:** ██████████████@ice.dhs.gov>
**Subject:** FW: District Office Guidance on ICE facility visits

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hey ████████

Congressman Correa has expressed to me that he would like to conduct oversight today. I attached the court document I was referring to. Please let me know if there is anything we should be made aware of.

Here he my cell: ██████████.

Thank you,

██████████████ | ██████████████████████
Office of Congressman J. Luis Correa (CA-46)
O: (714) 559-6190

**From:** ██████████████@mail.house.gov>
**Sent:** Thursday, December 18, 2025 7:36 AM
**Cc:** ██████████████@mail.house.gov>

**Subject:** District Office Guidance on ICE facility visits

DDs-

We wanted to make sure your offices saw that a federal court temporarily stopped the Trump-Vance administration's policy blocking Members of Congress from unannounced oversight visits to federal immigration detention facilities.

This ruling vindicates the right of **ALL Members and staff** to conduct oversight of how the U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement detain individuals and spend billions in taxpayer dollars. Members are allowed to conduct unannounced oversight visits, and staff will need to give 24 hours' notice to the ICE Office of Congressional Relations for oversight visits. This ruling applies to both detention facilities and field office oversight visits.

Please reach out with any questions to ███████ (cc'd) on our staff and flag for us if your office has any issues attending facilities as we continue with litigation.
Thanks,



**FOR IMMEDIATE RELEASE**
Wednesday, December 17, 2025

**Contact:** ██████████
@mail.house.gov

# Court Rules Trump-Vance Administration Cannot Block Members of Congress From Conducting Oversight at Federal Immigration Detention Facilities

*The decision was made in the case brought forth by 12 Members of Congress in Neguse et al. v. U.S. ICE et al.*

**Washington, D.C.** — Just now, a federal court temporarily stopped the Trump-Vance

administration's policy blocking Members of Congress from unannounced oversight visits to federal immigration detention facilities today. The decision restores Congress's ability to conduct real-time oversight of how the U.S. Department of Homeland Security (DHS) and U.S. Immigration and Customs Enforcement (ICE) detain individuals — including U.S. citizens — and spend billions in taxpayer dollars, while the case continues.

The lawsuit, *Neguse et al. v. U.S. Immigration and Customs Enforcement et al.*, was brought by a dozen members of the U.S. House of Representatives after the administration imposed a seven-day waiting period and barred access to certain field offices, in violation of a longstanding federal law that guarantees congressional oversight.

The plaintiffs include Assistant Democratic Leader Joe Neguse; Congressional Hispanic Caucus Chair Rep. Adriano Espaillat; Homeland Security Committee Ranking Member Rep. Bennie G. Thompson; Judiciary Committee Ranking Member Rep. Jamie Raskin; House Oversight and Government Reform Committee Ranking Member Rep. Robert Garcia; House Homeland Security Committee Subcommittee on Border Security and Enforcement Ranking Member Rep. J. Luis Correa; Rep. Jason Crow; Rep. Veronica Escobar; Rep. Dan Goldman; Rep. Jimmy Gomez; Rep. Raul Ruiz; and Rep. Norma Torres.

In a joint statement, the plaintiffs said: **"Today's decision is a critical victory toward restoring our ability to conduct essential congressional oversight on behalf of the American people. It reinforces the rule of law and reminds the administration that oversight is not optional. Real-time, on-the-ground visits to immigration detention facilities help prevent abuses and ensure transparency. Oversight is a core responsibility of Members of Congress—and a constitutional duty we do not take lightly. We'll continue standing up for the rule of law."**

The Members of Congress are represented in this suit by Democracy Forward Foundation and American Oversight.

"This ruling is a victory for the American people and their elected representatives," said **Skye Perryman, President and CEO of Democracy Forward**. "This decision makes clear that no president can hide the truth about how people are treated in federal immigration custody. We're honored to represent these individual Members of Congress in defending accountability, transparency, the rule of law, and human dignity."

"Today's ruling is a clear victory for the rule of law and a clear affirmation that no administration is above it," said **Chioma Chukwu, Executive Director of American Oversight**. "Members of Congress have an unquestioned right to conduct real-time oversight of immigration detention facilities, and the American people have a right to know what is happening in their name. By blocking those visits, the administration wasn't simply breaking the law, it was trying to conceal the reality inside these facilities from the public: people in overcrowded, inhumane conditions without adequate beds, showers, or medical care. This order restores a critical check on executive power and sends a clear message that abuse cannot be hidden."

With this decision, the court reaffirms Members of Congress's right to access federal

immigration detention facilities without prior notice — a safeguard meant to prevent abuse, protect human rights, and ensure that taxpayer funds are not used to support unlawful or inhumane practices. The ruling sends a strong message that oversight is essential to democracy and that no administration is above the law.

***How did we get here?***

*Federal law (Sec. 527, <u>FY2024 DHS Appropriations Act</u>) allows Members of Congress to visit U.S. Immigration and Customs Enforcement (ICE) sites where noncitizens are detained without prior notice. But increasingly, these representatives have been stopped at the door.*

*In response to questions about this, ICE officials announced a <u>new policy</u> requiring a seven-day waiting period and preventing entry to ICE field offices.*

*On July 30, a dozen individual Members of the U.S. House of Representatives sued the Trump-Vance administration, challenging the policy as an unlawful obstruction of congressional oversight.*

*Subsequently, the plaintiffs sought a court order requiring DHS and its Secretary Kristi Noem, as well as ICE and its Acting Director Todd Lyons to comply with the federal law granting Members of Congress the right to visit immigration detention facilities without prior notice during the course of their lawsuit.*

████████████ , Assistant Leader Joe Neguse
202-834-2795 | *assistantdemocraticleader.house.gov*
Signature Final.png