IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE NEGUSE, in his capacity as a Member of the U.S. House of Representatives, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT *et al.*,<br><br>*Defendants*. | Case No. 25-cv-2463-JMC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for temporary restraining order or, in the alternative, stay under 5 U.S.C. § 705, it is hereby

**ORDERED** that Plaintiffs' motion is **GRANTED**; and it is further

**ORDERED** that Defendants are **TEMPORARILY ENJOINED** from enforcing or otherwise giving effect to Defendants' oversight visit policy and practice, requiring Plaintiffs to provide advance notice before conducting oversight visits; and it is further

**ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2) ; and it is further

**ORDERED** that, pursuant to Rule 65(b)(2), this Order shall expire in 14 days, subject to any further order from the Court.

*In the alternative, it is*

**ORDERED** that Defendants' oversight visit policy and practice, requiring members of Congress to provide advance notice before conducting oversight visits, is **STAYED**; and it is further

**ORDERED** that Defendants shall not effectuate any similar policy under a different name purporting to prevent oversight visits by members of Congress to any U.S. Department of

Homeland Security (DHS) facility used to detain or otherwise house noncitizens or require prior notice of such oversight visits.

**SO ORDERED**.

_____
JIA M. COBB
United States District Judge

Date: _____, 2026