# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOE NEGUSE, in his official capacity as a
Member of the U.S. House of
Representatives, *et al.*,

     *Plaintiffs*

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*,

     *Defendants*

No. 25-cv-2463-JMC

## DEFENDANTS' OPPOSED MOTION FOR A ONE-DAY EXTENSION OF TIME TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO SECTION 705 STAY

Defendants U.S. Immigration and Customs Enforcement et al. respectfully request a one-day extension of time to submit their supplemental memorandum in opposition to Plaintiffs' request for a Section 705 stay. Defendants' opposition currently is due February 8, 2026. Defendants seek a brief extension of time to file until 6 p.m. on February 9, 2026.

When this Court entered a temporary restraining order (TRO) on February 2, 2026, ECF No. 52, the Court's order required, among other things, that "should Defendants intend to file a supplemental brief in support of their opposition to Plaintiffs' request for a Section 705 stay, they shall have until February 8, 2026, to do so." *Id.* at 9. The Court further indicated that it would "shortly contact the Parties regarding a hearing" and that "[s]hould the Parties confer and agree on an alternative briefing schedule, they may request alternative dates by submitting a joint status report." *Id.* On February 3, 2026, the Court set a hearing on the matter for 2 p.m. on February 12, 2026. Minute Order (Feb. 3, 2026).

1

On February 5, 2026, counsel for Defendants conferred via email with counsel for Plaintiffs to request an alternative briefing deadline. Plaintiffs responded through counsel that they do not agree to Defendants' request for a one-day extension of time to file their supplemental opposition. Plaintiffs requested that Defendants include the following statement of their position: "Although Plaintiffs would have been amenable to an altered briefing schedule before the hearing was scheduled, Plaintiffs oppose the requested extension at this point, which would significantly shorten their already-expedited time to reply to Defendants' supplemental brief."

In support of the requested one-day extension, Defendants submit the following as good cause:

1. Defendants' current February 8 deadline falls on a Sunday. Defendants therefore request a brief extension to the first business day thereafter. *Cf., e.g.*, Fed. R. Civ. P. 6(a) (when computing time to respond, "if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.").

2. Defendants do not request a lengthy extension but rather propose to file by the close of business (i.e. 6 p.m.) on the first business day following February 8.

3. Defendants have sought this extension not for purposes of delay but to align with standard business days, to avoid filing on a weekend, and to allow counsel for the Defendants to complete review and finalization of this brief during business hours.

4. The Court's Order setting the briefing deadlines contemplated that the parties might request alternative dates. ECF No. 52 at 9. Defendants propose a minimal deviation of a single day from the original deadline.

5. Defendants do not anticipate that the requested one-day extension, if granted, would interfere with the Plaintiffs' ability to file their reply, if any, two business days later on February 11, 2026. Nor do Defendants anticipate that the requested extension would interfere with the scheduled hearing on February 12, 2026.

For the foregoing reasons, Defendants respectfully request that the Court grant this motion for a one-day extension of time to file their supplemental opposition to Plaintiffs' request for a Section 705 stay by 6 p.m. on February 9, 2026.

Dated: February 5, 2026                    Respectfully submitted,

                                          BRETT A. SHUMATE
                                          Assistant Attorney General
                                          Civil Division

                                          ELIZABETH J. SHAPIRO
                                          Deputy Director
                                          Federal Programs Branch

                                          _/s/ Amber Richer_____
                                          AMBER RICHER (CA Bar No. 253918)
                                          Trial Attorney, U.S. Department of Justice
                                          Civil Division, Federal Programs Branch
                                          1100 L Street, NW
                                          Washington, DC 20005
                                          Ph: (202) 514-3489
                                          Email: amber.richer@usdoj.gov

                                          *Counsel for Defendants*