IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE NEGUSE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-02463 |

**THIRD DECLARATION OF REPRESENTATIVE NORMA TORRES**

I, Norma Torres, declare as follows:

1. I am a member of the U.S. House of Representatives, representing California's 35th congressional district. I have been a Member of Congress since 2015.

2. I have personal knowledge of the facts and information in this declaration. I respectfully provide this declaration to explain how the unlawful, oversight visit policy of the Department of Homeland Security (DHS) and Immigration and Customs Enforcement (ICE) is enforced using annually appropriated funds.

3. On January 30, 2026, I conducted an oversight visit at the Adelanto ICE Processing Center in Adelanto, California (the "Adelanto Facility"). Following this visit, my staff emailed the ICE Office of Congressional Relations ("OCR") to schedule a subsequent visit to the Adelanto Facility for February 6, 2026.[1] A representative of ICE OCR responded to my staff requesting "complete information" on my requested visit and excerpting ICE's reinstituted oversight policy requiring at least seven days of notice in advance of a congressional visit to an ICE detention facility. The reply also noted that "if appropriations lapse, the tour cannot be supported as it falls outside of

---

[1] Email correspondence with ICE OCR (Jan. 30, 2026) (attached as Exhibit A).

1

excepted functions under the Antideficiency Act. Once appropriations are restored, we'll work with you on your request."[2]

    4.      On February 2, 2026, a member of my staff emailed ICE OCR to provide further details on my planned February 6, 2026 visit to the Adelanto Facility.[3] In response, my staff received automated replies from OCR stating that it was unable to return emails or telephone calls due to the current federal funding hiatus, and that it would return to duty once appropriations were restored.[4]

---

[2] *Id.*
[3] *Id.*
[4] Email correspondence with ICE OCR (Feb. 2, 2026) (attached as Exhibit B); email correspondence with ICE OCR (Feb. 2, 2026) (attached as Exhibit C).

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 11 day of February 2026.

NORMA TORRES

# EXHIBIT A

**From:** ▮
**Sent:** Monday, February 2, 2026 12:39 PM
**To:** CongressToICE; ▮
**Cc:** ▮
**Subject:** RE: Request to Visit Adelanto Facility, Friday February 6th - Rep Torres (CA-35) - 1/30/2026 Update
**Attachments:** 2.6.26.AdelantoICE.packet.pdf

▮

I attached the packet for Friday, February 6, 2026.

We have three detainees:

▮ (El Salvador)
Adelanto East

▮ (Mexico)
Adelanto West

▮ (Mexico)
Adelanto Desert View

We also included the sign-up sheet based on the schedule provided last Friday.

▮ | Congressional Case Manager
Congresswoman Norma J. Torres | 3200 Inland Empire Boulevard, Suite 200B, Ontario, CA 91764
Direct: ▮ |Fax: (909) 941-1362
▮@mail.house.gov | www.house.gov/torres

---

**From:** CongressToICE <CongresstoICE@ice.dhs.gov>
**Sent:** Friday, January 30, 2026 1:54 PM
**To:** ▮@mail.house.gov
**Cc:** ▮@mail.house.gov>; ▮@mail.house.gov>; ▮@mail.house.gov>; ▮@ice.dhs.gov>
**Subject:** RE: Request to Visit Adelanto Facility, Friday February 6th - Rep Torres (CA-35) - 1/30/2026 Update

You're welcome, ▮

Regarding your request to visit Adelanto ICE Processing Center, please provide complete information to OCR, so that we can act upon it. Given the outstanding information, this email is not confirmation from OCR.

*From* ICE.gov

> On January 8, due to escalating riots and political violence targeting buildings and facilities used by ICE, Homeland Security Secretary Kristi Noem issued a directive mandating that any requests for Congressional visits to ICE detention

1

facilities must be made seven (7) days in advance. This was done in order to ensure the safety of staff, law enforcement, visitors, and detainees alike.

A previous court order stated that funding appropriated to DHS by Congress cannot be used to prevent Members of Congress from entering facilities. However, the court also ruled that funding derived from the One Big Beautiful Bill Act is exempt from this limitation.

Therefore, requests to enter ICE detention facilities by Members of Congress must be made at least 7 days in advance. Any requests to shorten that time must be approved by the DHS Secretary. This is to ensure adequate protection for Members of Congress, congressional staff, detainees, and ICE employees alike. Unannounced visits require pulling ICE officers from their normal duties. This guidance has been issued to protect all parties and ensure that ICE and DHS are fully cooperating with lawful court orders.

Visit requests should be submitted during normal business hours to OCR at CongressToICE@ice.dhs.gov. Visit requests are not considered actionable until OCR acknowledges receipt of the request to the requestor. Requests received after hours or on weekends/holidays will be confirmed on the next business day. OCR will work with the appropriate ICE Field Office to coordinate the visit request and will confirm details as soon as practicable.

Visit requests should include the date of the proposed visit, the visit location, the duration of the visit, and the names and titles of all participants. Only Members and congressional staff scheduled and confirmed for the visit will be allowed to participate.

Please note, if appropriations lapse, the tour cannot be supported as it falls outside of excepted functions under the Antideficiency Act. Once appropriations are restored, we'll work with you on your request.

V/R
ICE's Office of Congressional Relations

---

**From:** ███████████@mail.house.gov>
**Sent:** Friday, January 30, 2026 4:33 PM
**To:** CongressToICE <congresstoice@ice.dhs.gov>; ███████████@ice.dhs.gov>
**Cc:** ███████████@mail.house.gov>; ███████████@mail.house.gov>; T███████████mail.house.gov>
**Subject:** Request to Visit Adelanto Facility, Friday February 6th

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi ███,

Thank you for helping organize today's visit. Congresswoman Torres would like to come back and visit the Adelanto facility on Friday, February 6th to tour the facility and speak with constituents.

Thanks very much-

███

███████
Congresswoman Norma Torres (CA-35)
2227 Rayburn House Office Building
Washington, D.C.
███████

2

# EXHIBIT B

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓▓▓▓▓@ice.dhs.gov> |
| **Sent:** | Monday, February 2, 2026 12:40 PM |
| **To:** | ▓▓▓▓▓▓ |
| **Subject:** | Automatic reply: Request to Visit Adelanto Facility, Friday February 6th - Rep Torres (CA-35) - 1/30/2026 Update |

Hello,
I will be out of the office starting February 2, 2026. Due to the current federal funding hiatus, I will not be able to return emails or telephone calls until I return to duty upon restoration of appropriations.


▓▓▓▓
▓▓▓▓▓▓▓▓
Strategic Initiatives/Office of Congressional Relations/ICE
Department of Homeland Security

# EXHIBIT C

| | |
|---|---|
| **From:** | CongressToICE <CongresstoICE@ice.dhs.gov> |
| **Sent:** | Monday, February 2, 2026 12:40 PM |
| **To:** | |
| **Subject:** | Automatic reply: Request to Visit Adelanto Facility, Friday February 6th - Rep Torres (CA-35) - 1/30/2026 Update |

==Due to the current federal funding hiatus, we are unable to return emails or telephone calls. We will return to duty once appropriations are restored.==

------------------------------------

Thank you for contacting U.S. Immigration and Customs Enforcement (ICE), Office of Congressional Relations (OCR). This auto-generated response acknowledges receipt of your inquiry. Please note this email address is for the conduct of official business between ICE and Congress only; other requests/emails are filtered and deleted.

**Please note also that requests pertaining to an individual alien or group of aliens' case(s) require a signed privacy waiver for each individual. OCR will not release information on specific cases until the signed privacy waiver has been received. More information on the privacy waiver process is below.**

**Offices may be able to quickly resolve certain questions about specific cases using the resources found below. If so, please notify us accordingly if you no longer require OCR support for your request.**

Upon receipt, your inquiry will be assigned to a Congressional Liaison for action/follow-up as soon as possible. In addition to the thousands of requests OCR has received since the start of Fiscal Year 2025, we are actively resolving hundreds of requests received just during the lapse in government appropriations, and encourage offices who submitted requests prior to November 9, 2025, to resubmit those requests.

If you do not receive an acknowledgement of receipt from our office within 5 business days, please check back with us.

**Privacy Requirements**

In order for OCR to process your inquiry in a timely and thorough manner, please adhere to the following requirements:

- If the inquiry pertains to an individual or group of individuals' case(s), <u>a valid waiver for each individual is required</u>. Please see the Privacy Act of 1974 (5 USC 552a) and the Judicial Redress Act of 2015 (5 USC 552 note). <u>The privacy waiver must be signed by the individual(s) whose information is being requested</u>. This form is available on [ice.gov](http://ice.gov) at [https://www.ice.gov/leadership/ocr#60001](https://www.ice.gov/leadership/ocr#60001).
- Please include additional identifying information such as <u>date of birth, country of birth, and alien number (A#)</u>, ensuring all applicable boxes in STEP 2 are checked.
- The privacy waiver must denote **U.S. Immigration and Customs Enforcement** is authorized to disclose information to a specific recipient, in this case to **your congressional office**.

**Tools Available Online**

If you are looking for an alien whom you believe may be in ICE custody, for the status of their case with the immigration court, for the status of their case with U.S. Citizenship and Immigration Services (USCIS), or if they have an immigration bond-related question, please see the resources below available to the public online:

- ICE Online Detainee Locator System ([https://locator.ice.gov/odls/#/search](https://locator.ice.gov/odls/#/search)) - used to locate a detainee who is currently in ICE custody or who has been in U.S. Customs and Border Protection's custody for more than 48 hours.
- Executive Office for Immigration Review (EOIR) Automated Case Information System ([https://acis.eoir.justice.gov/en/](https://acis.eoir.justice.gov/en/)) - used to obtain status of immigration proceedings.
- USCIS Case Status Online ([https://egov.uscis.gov](https://egov.uscis.gov)) - used to track the status of an immigration application, petition, or request.

- ICE Cash Electronic Bonds (CeBonds) site (https://www.ice.gov/detain/detention-management/bonds) - used to verify bond information, post bonds for eligible detained aliens, or receive electronic bond notifications.
- A list of ICE Field Office and contact information can be found here: www.ice.gov/contact/field-offices.

Thank you for contacting ICE OCR.