# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOE NEGUSE, in his capacity as a Member of the U.S. House of Representatives, *et al.*,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

Defendants.

Case No. 25-cv-2463 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiffs' motion for a stay of agency action under 5 U.S.C. § 705, ECF 49, is **GRANTED**.

It is further **ORDERED** that, to "preserve status or rights pending conclusion of the review proceedings," 5 U.S.C. § 705, the effective dates of implementation and enforcement of the seven-day notice policy laid out in Secretary Noem's January 8 memorandum, ECF 39-1, including as ratified by Secretary Noem's February 2 memorandum, ECF 55-1, are immediately postponed and stayed.

It is further **ORDERED** that the temporary restraining order entered by the Court on February 2, 2026, ECF 52, is hereby dissolved.

**SO ORDERED.**

							_____
							JIA M. COBB
							United States District Judge

Date: March 2, 2026

1