**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOE NEGUSE, in his official capacity as a Member of the U.S. House of Representatives, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-2463-JMC |

**NOTICE OF APPEAL**

Notice is hereby given that all Defendants in the above-named case hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order, ECF No. 62, entered in this action on March 2, 2026, as well as this Court's accompanying Memorandum Opinion, ECF No. 61.

Dated: March 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHAEL K. VELCHIK
Senior Counsel

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

 _/s/ Amber Richer_                          
AMBER RICHER (CA Bar No. 253918)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Ph: (202) 514-3489
Email: amber.richer@usdoj.gov

_Counsel for Defendants_