**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOE NEGUSE, in his official capacity as a
Member of the U.S. House of
Representatives, *et al.*,

      *Plaintiffs*,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT *et al.*,

      *Defendants*.

No. 25-cv-2463-JMC

**NOTICE OF WITHDRAWAL OF ATTORNEY RONALD FEIN**

Under LCvR 83.6(b), Ronald Fein respectfully withdraws his appearance for Plaintiffs in

this matter. Plaintiffs will continue to be represented by all other counsel who have entered

appearances on their behalf.

Dated: April 13, 2026

Respectfully submitted,

*/s/ Ronald A. Fein*
Ronald A. Fein
D.C. Bar No. 90026641
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5241
ron.fein@americanoversight.org