**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOE NEGUSE, in his official capacity as a Member of the U.S. House of Representatives, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>          Defendants. | Case No. 25-cv-2463 (JMC) |

**NOTICE OF WITHDRAWAL OF ATTORNEY JESSICA JENSEN**

Jessica Jensen respectfully withdraws her appearance for Plaintiffs in this matter. Plaintiffs will continue to be represented by all other counsel who have entered appearances on their behalf.

Dated: June 16, 2026                    Respectfully submitted,

                                                    */s/ Jessica Jensen*
                                                    Jessica Jensen
                                                    D.C. Bar No. 1048305
                                                    AMERICAN OVERSIGHT
                                                    1030 15th Street NW, B255
                                                    Washington, DC 20005
                                                    (202) 869-5246
                                                    jessica.jensen@americanoversight.org